No. 9037. STATE OF MONTANA EX REL. CHARLES J. SCHOLZ, RELATOR, *v.* DISTRICT COURT OF THIRTEENTH JUDICIAL DISTRICT, YELLOWSTONE COUNTY, and the HONORABLE GUY C. DERRY, Judge thereof, RESPONDENTS.

223 Pac. (2d) 526.

Decided October 17, 1950.

*Ralph J. Anderson,* Helena, for relator.

PER CURIAM.

Original proceeding. Application for writ of supervisory control to the district court of Yellowstone county, Honorable Guy C. Derry, judge presiding, seeking to annul an order setting aside a default. On authority of Nelson v. Lennon, 122 Mont. 506, 206 Pac. (2d) 556; Patterson v. Patterson, 120 Mont. 127, 179 Pac. (2d) 536; and Davis v. Hubbard, 120 Mont. 45, 179 Pac. (2d) 533, the writ is denied.